UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EDGAR AMAYA,

                          Plaintiff,      **STIPULATION OF CONFIDENTIALITY**

    -against-

COUNTY OF SUFFOLK, NEW YORK; SUFFOLK    CV15-2171 (JMA)(ARL)
COUNTY, POLICE DEPARTMENT; EDWARD
WEBBER, COMMISSIONER OF THE SUFFOLK
COUNTY POLICE DEPARTMENT; DETECTIVE PETER
BARBA, SUFFOLK COUNTY POLICE DEPARTMENT;
DETECTIVES, POLICE OFFICERS OR CIVILIAN
EMPLOYEES OF THE SUFFOLK COUNTY POLICE
DEPARTMENT "JOHN DOE 1", "JOHN DOE 2", "JOHN
DOE 3", "JOHN DOE 4", (true names unknown); SUFFOLK
COUNTY SHERIFF; CHARLES EWALD, WARDEN OF
THE SUFFOLK COUNTY JAIL; and DEPUTY SHERIFFS,
CORRECTION OFFICERS OR CIVILIAN EMPLOYEES
OF THE SUFFOLK COUNTY SHERIFF'S OFFICE

                          Defendants.
----------------------------------------------------------------X

    1.     This stipulation applies to all parties and their attorney's with respect to the production of documents that contain confidential information.

    2.     It is, accordingly, hereby agreed and stipulated that:

        (a) Counsel is defined to mean outside counsel retained by counsel in this litigation and those employees of outside counsel necessary to assist in this litigation.

        (b) Confidential document is defined to mean any document within the Rules and Regulations of the SCPD or any document subsequently identified as such by counsel as being confidential, unless the Court determines that the documents or any portion of the documents are not entitled to confidentiality.

        (c) Counsel will produce for inspection and use one copy of each confidential document to each of the other counsel. Counsel is prohibited from making his own copy of any

confidential document or portions thereof given to counsel pursuant to this stipulation, except for use as an exhibit to a paper filed in this litigation under paragraph (h) or except for internal working copies to be utilized by counsel.

(d) All portions of each document disclosed consist of confidential material to be protected by this stipulation unless otherwise advised by counsel providing said documents.

(e) Counsel will use the confidential documents and information contained therein solely for the purposes of this litigation, and shall, not without the counsel for the parties' providing the documents prior written consent, make the confidential documents or the information contained therein available to any person other than the Court or counsel.

(f) Within one week after the production to counsel of the confidential documents, counsel shall return to counsel any documents that they believe they do not need for use in this litigation.

(g) Within five days after the entry of a final judgment in this litigation (including appeals or petitions for review), counsel shall (i) return or destroy all confidential documents produced pursuant to this stipulation; (ii) destroy all notes, summaries, digests, and synopses of the confidential documents. Notice of such destruction shall be given the counsel producing the document immediately thereafter.

(h) Any party seeking to file documents under seal must first make a motion for leave to e-file sealed documents pursuant to the Steps for E-filing Sealed Documents located on the Eastern District of New York homepage.

(i) Persons to whom confidential documents are made available under this stipulation are bound by the restrictions contained herein.

(j) It is further understood that this Stipulation be So-Ordered without further notice and may then be enforced as a Court Order, even after the entry of final judgment in this action. If this Stipulation is So-Ordered, a copy will be furnished to counsel upon issuance of said Order.

Dated: Hauppauge, New York
      August 7, 2015

_____
Gary Schoer, Esq.
Attorney for Plaintiff
6800 Jericho Turnpike
Suite 108W
Syosset, New York 11797
516-496-3500

_____
Dennis M. Brown
Suffolk County Attorney
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099
631-853-4049
By: Jessica M. Spencer
    Assistant County Attorney

SO ORDERED:

Dated: Central Islip, New York
      August _____, 2015

_____
Hon. Arlene R. Lindsay